UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SANDRA P. CAGLE,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security,<br><br>    Defendant. | No. 3:07-cv-201<br>(Phillips/Shirley) |

## ORDER

On March 4, 2008, the Honorable C. Clifford Shirley, United States Magistrate Judge, issued a fifteen-page Report and Recommendation ("R&R") [Doc. 19], in which he recommended that plaintiff's motion for judgment on the pleadings to reverse the Commissioner's decision [Doc. 14] be denied and the Commissioner's motion for summary judgment [Doc. 17] be granted. The deadline for timely objections having passed with no such objections filed, the R&R is **ACCEPTED IN WHOLE**, whereby plaintiff's motion for judgment on the pleadings [Doc. 14] is **DENIED** and the Commissioner's motion for summary judgment [Doc. 17] **GRANTED**.

**IT IS SO ORDERED**.

ENTER:

    s/ Thomas W. Phillips
United States District Judge