AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

**EASTERN** DISTRICT OF **TENNESSEE**

SANDRA CAGLE

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 3:07-CV-201

SSA

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT THE R&R [doc 19] is ACCEPTED IN WHOLE, whereby plaintiff's motion for judgment on the pleadings [doc 14] is DENIED and the Commissioner's motion for summary judgment [doc 17] is GRANTED.

    March 27, 2008                                                 Patricia L. McNutt, Clerk
Date

                                                                         By    s/ A. Archer      Case Manager